UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JULIO ESCOLONA, *et al.*, § § Plaintiffs, § VS. § RYAN COLLIER, *et al.*, § § Defendants. § | CIVIL ACTION NO. 2:20-CV-290 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 8). The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety (D.E. 8). Accordingly, the Court **ORDERS**:

   (1) That only Plaintiff Julio Escolona proceed in this action.

   (2) That Plaintiffs Isidro Rodriguez, Rogelio Rodriguez, Giovanni Dastych, Jorge Sanchez, and Jorge Rodriguez are **DISMISSED without prejudice** from this

action to maintain each plaintiff's right to file a new complaint on the appropriate form for filing a 42 U.S.C. § 1983 complaint along with either full payment of the filing fee or a motion seeking leave to proceed *in forma pauperis*.

(3) The Clerk of Court is **DIRECTED** to **TERMINATE** Plaintiffs Isidro Rodriguez, Rogelio Rodriguez, Giovanni Dastych, Jorge Sanchez, and Jorge Rodriguez from the docket sheet.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       January 7, 2021